# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:04CV49

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **TELEPHONE PROTECTION AGENCY, INC.,** ) <br> et al., ) <br> Defendants ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Request for Stay of the Discovery Cut-Off and Other Pre-Trial Dates" (Document No. 22), filed May 5, 2005. For good cause shown, and seeing that the parties have consented to such stay, the Court will grant the Request.

**IT IS, THEREFORE, ORDERED** that the "Request for Stay of the Discovery Cut-Off and Other Pre-Trial Dates" (Document No. 22) is **GRANTED**.

**IT IS FURTHER ORDERED** this action is **STAYED** pending further Orders of the Court. **The parties shall jointly report the status of this matter to the Court on or before September 5, 2005.**

**Signed: May 6, 2005**

_____
David C. Keesler
United States Magistrate Judge