RECEIVED
STATESVILLE, NC
AUG 19 2005
Clerk, U. S. Dist. Court
W. Dist of N.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Case No. 5:04cv49

FILED
STATESVILLE, N.C.
AUG 30 2005
U.S. DISTRICT COURT
W. DIST. OF NC

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TELEPHONE PROTECTION AGENCY, INC., )<br>a North Carolina corporation; )<br>)<br>ROBERT THOMPSON, a/k/a )<br>GREG THOMPSON, )<br>individually and as an officer of TELEPHONE )<br>PROTECTION AGENCY, INC.; )<br>)<br>REBECCA PHILLIPS, )<br>individually and as an officer of TELEPHONE )<br>PROTECTION AGENCY, INC.; and )<br>)<br>ALEX MCKAUGHN, )<br>individually and as an officer of TELEPHONE )<br>PROTECTION AGENCY, INC., )<br>)<br>Defendants. )<br>) | ORDER GRANTING PLAINTIFF'S<br>PLAINTIFF'S APPLICATION TO<br>FILE EXHIBITS UNDER SEAL |

The Court has considered the Application of Plaintiff Federal Trade Commission ("Commission") to file exhibits under seal, and finds that it is in the interests of justice and of the public to grant the Commission's Application. Accordingly,

**IT IS HEREBY ORDERED** that the Commission's Exhibits in Support of Motion for Default Judgment against Defendant Robert Thompson shall be sealed.

**SO ORDERED**, this 24th day of August, 2005.

_____

Presented by:

*Russell Deitch*
_____
Russell S. Deitch
Craig Tregillus
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION